

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600  Fax: (619) 702-9900
www.casd.uscourts.gov

John Morrill
Clerk of Court

1/13/25

Clerk, U.S. District Court
District of Nevada
333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV 89101-7065

**Transfer of Jurisdiction**

Our Case #: 3:25-cr-10004-RSH-1

Re:       Leonard Tucker, Jr.

Dear Clerk of Court:

Enclosed please find a signed copy of the Probation Form 22 transferring jurisdiction of supervised release to this District, the Southern District of California.  We are requesting the following documents be forwarded to this District for our records (via email - InterdistrictTransfer_CASD@casd.uscourts.gov):

  -No additional documents are being requested at this time.

Sincerely yours,

JOHN MORRILL
Clerk of Court
By:  s/ M. Quinata
_____
M. Quinata, Deputy Clerk

PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*
2:22-cr-00062-JCM-BNW

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
**25-cr-10004-RSH**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Leonard Tucker Jr. | Nevada | U.S. Probation Office |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | James C. Mahan |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/08/2024 | 03/07/2027 |

**OFFENSE**
Felon in Possession of a Firearm

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prob 22 is being amended to reflect the correct supervised release expiration date for Mr. Tucker. Mr. Tucker is a resident of the Souther District of California and intends on remaining there for the duration of his supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 6, 2024
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JANUARY 8, 2025
Effective Date

_____
United States District Judge

rjm 8080571

1